| PROB 22 [EDTN51] (1/98) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | 2:09-CR-84-005 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:12-00155-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| James Matthew Hoops | Eastern/Tennessee | Greeneville |
| | NAME OF SENTENCING JUDGE | |
| | Honorable R. Leon Jordan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: Supervised Release | FROM March 30, 2012    TO March 29, 2015 |

**OFFENSE**
Conspiracy to Distribute and Possession with Intent to Distribute a Quantity of Oxycodone
Conspiracy to Distribute and Possession with Intent to Distribute a Quantity of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)</u>**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Middle District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-30-12
Date

*(signature)*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF TENNESSEE (COLUMBIA)</u>**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/6/12
Effective Date

*(signature)*
United States District Judge